**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LOREN VANDENBURG, | CASE NO. SA CV 11-00223 JHN (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| DOMINGO URIBE, JR., WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of JAMES LOREN VANDENBURG, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 22, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE